UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENT FISHER,

    Plaintiff,

v.                                                                              Case No: 8:19-cv-3199-T-36TGW

FREEDOM DEBT RELIEF, LLC,

    Defendant.
_____

## O R D E R

This matter comes before the Court upon Defendant's Motion to Stay, Compel Arbitration, and Strike Class Allegations or, in the Alternative, to Dismiss for Improper Venue (Doc. 9), filed on January 22, 2020. Defendant seeks to compel arbitration and stay these proceedings pending arbitration of the claims asserted by Plaintiff. Defendant contends that the Debt Resolution Agreement, signed by Plaintiff, contains an arbitration provision which provides for mandatory arbitration of this action. Plaintiff filed a Notice of Lack of Intent to File a Brief in Opposition to Defendant's motion, in which he agrees to stay this matter and proceed in arbitration (Doc. 10). The Court, having considered the motion and being fully advised in the premises, will grant the motion to the extent that the parties will be required to arbitrate and this case will be stayed pending the arbitration.

Accordingly, it is hereby

**ORDERED**:

1.    The Motion to Stay, Compel Arbitration, and Strike Class Allegations or, in the Alternative, to Dismiss for Improper Venue (Doc. 9) is **GRANTED in part.**

2. Pursuant to the Debt Resolution Agreement, the parties are compelled to arbitrate Plaintiff's claims against Defendant.

3. This case is stayed pending the arbitration of Plaintiff's claims against Defendant.

4. The parties shall file a notice informing the Court that the arbitration has been concluded, or that their dispute has otherwise been resolved, within ten days of either of such events.

5. The Clerk is directed to terminate all pending motions and deadlines and administratively close this file.

**DONE AND ORDERED** in Tampa, Florida on February 13, 2020.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record